927 A.2d 208

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Raymond COLON, Petitioner.**

**No. 61 MM 2007.**

Supreme Court of Pennsylvania.

June 26, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of June, 2007, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is denied.